DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**JOHN COX,**
Appellant,

v.

**VILLAGE OF TEQUESTA,** a local municipality,
Appellee.

No. 4D17-1578

[April 19, 2018]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Edward R. Artau, Judge; L.T. Case No. 502013CA006575XXXXMB.

Isidro M. Garcia of the Garcia Law Firm, P.A., West Palm Beach, for appellant.

Stephen A. Meck of Carson & Adkins, Tallahassee, for appellee.

PER CURIAM.

*Affirmed.*

TAYLOR, MAY and KUNTZ, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***